IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Serrano, Margarita D

Printed: 01/22/09

Case Number: 08 B 26071
Judge: Goldgar, A. Benjamin
Filed: 9/30/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 250.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 250.00 |
| Totals: | 250.00 | 250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Financial | Secured | 6,333.82 | 0.00 |
| 2. | Dell Financial Services, Inc | Unsecured | 304.98 | 0.00 |
| 3. | Wells Fargo Financial Bank | Unsecured | 236.08 | 0.00 |
| 4. | Wells Fargo Financial Bank | Unsecured | 433.44 | 0.00 |
| 5. | Chase Cardmember Services | Unsecured | | No Claim Filed |
| 6. | Bell Builders | Unsecured | | No Claim Filed |
| 7. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 10. | Menards | Unsecured | | No Claim Filed |
| | | | $ 7,308.32 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

